UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTABAN PELACOS,

          Plaintiff,

    v.

SANDQUEST, et al.,

          Defendants.

Case No.  19-cv-00020-VC

**ORDER DENYING AS MOOT MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Re: Dkt. No. 62

Esteban Pelacos filed a pro se civil rights complaint against officers at Salinas Valley State Prison related to the conditions of his cell. The case was referred to Magistrate Judge Illman for settlement proceedings. Dkt. No. 41. The parties agreed to a settlement on May 7, 2021. Dkt. No. 60. On January 24, 2022, Pelacos filed a motion to enforce the settlement agreement, explaining that he had not received the money owed to him as part of the settlement. Dkt. No. 62. On February 4, 2022, defendants filed a response to the motion, declaring that the California State Controller's Office funded the settlement on January 28, 2022. Dkt. No. 63.

Because it appears from defendants' filings that the funds have been issued and the settlement has now been complied with, Pelacos's motion is denied as moot.

The clerk shall terminate docket number 62.

**IT IS SO ORDERED.**

Dated: September 14, 2022

_____

VINCE CHHABRIA
United States District Judge